## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**CURTIS LEON REYNOLDS**                                                    **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO.: 3:20-CV-97-MPM-JMV**

**ANDREW M. SAUL, Commissioner of**
**Social Security**                                                          **DEFENDANT**

### ORDER GRANTING STAY

THIS CAUSE having come on for hearing on the Defendant's Unopposed Motion for

Stay and this Court, having considered the same and being fully advised in the premises

and noting that Plaintiff has no objection, is of the opinion that said Unopposed Motion for

Stay should be granted in part.

IT IS, THEREFORE, ORDERED that this action is STAYED for 60 days or until

such time as the Defendant is able to file a copy of the certified transcript of the record,

whichever is earlier.

This, the 1st day of June, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE