IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CURTIS LEON REYNOLDS**                                      **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO.: 3:20-CV-97-MPM-JMV**

**ANDREW M. SAUL,**
**Commissioner of Social Security**                                  **DEFENDANT**

## ORDER

After consideration of Defendant's Unopposed Second Motion for Stay, the Court finds that the Motion should be granted in part.

THEREFORE, IT IS ORDERED that said motion is granted in part, and this action is STAYED for 60 days from this date or until such time as the Defendant is able to file a certified transcript of the administrative record, whichever occurs first.

This, the 21st day of July, 2020.


                                             /s/ Jane M. Virden
                                             UNITED STATES MAGISTRATE JUDGE