IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CURTIS LEON REYNOLDS**                                               **PLAINTIFF**

VS.                                      **CIVIL ACTION NO.:**    **3:20-CV-97-MPM-JMV**

**ANDREW SAUL,**
*Commissioner of Social Security*                                        **DEFENDANT**

## ORDER LIFTING STAY

Before the Court is the Commissioner of Social Security's Unopposed Motion to Lift Stay of Proceedings [12]. For good cause shown, the Court grants the motion. The Commissioner is ordered to file the certified transcript of the record and his answer to Plaintiff's complaint within seven (7) days of entry of the Court's Order lifting the stay.

SO ORDERED this, the 15th day of September, 2020.

                                          /s/ Jane M. Virden
                                          UNITED STATES MAGISTRATE JUDGE